JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** II **Investigating Agency** IRS-CI, FBI, DOL-OIG

**City** Lawrence

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant ______

Magistrate Judge Case Number ______

Search Warrant Case Number 23-1390-DLC, 24-1418,1608-1611,1756-DLC

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ______ ☐ Yes ☑ No

**Defendant Information:**

Defendant Name Francisco E. Paulino Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☑ Yes ☐ No

Alias Name: ______

Address: Lawrence, MA

Birth date (Yr only): 1980 SSN (last 4#): 7103 Sex: M Race Latino Nationality: ______

**Defense Counsel if known:** Luke Cass Address: 2001 K Street, NW, Ste 400 South

Washington, DC 20006

Bar Number: ______

**U.S. Attorney Information**

AUSA: Kristina Barclay, Christine Wichers Bar Number if applicable: ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** ______

**Arrest Date:** ______

☐ Already in Federal Custody as of ______ in ______.

☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 11

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 8/25/2026 Signature of AUSA: ______

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______________________

**Name of Defendant** Francisco E. Paulino

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1343, 2 | Wire Fraud; Aiding & Abetting | 1-8 |
| Set 2 | 18 U.S.C. §§ 1957, 2 | Money Laundering; Aiding & Abetting | 9-11 |
| Set 3 | 18 U.S.C. §981(a)(1)(C), 28 U.S.C. §2461(c) | Wire Fraud Forfeiture Allegation | |
| Set 4 | 18 USC § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**